AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
для the
Northern District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 2:25-MJ-106 |
| **KEVIN HUNT** | ) | |
| | ) | |
| *Defendant(s)* | ) | |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUL 11 2025
CLERK, U.S. DISTRICT COURT
By_____
     Deputy

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____July 2, 2025_____ in the county of _____Randall_____ in the
_____Northern_____ District of _____Texas_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 844(i) | Malicious Attempt to Destroy by Means of Fire or an Explosive Any Building or Other Real and Personal Property Used in Interstate and Foreign Commerce |

This criminal complaint is based on these facts:
See attached affidavit

✔ Continued on the attached sheet.

_____
Complainant's signature

Lynn Reed, FBI SA
*Printed name and title*

Attested to by the applicant in accordance with the requirements of FED. R. CRIM. P. 4.1 by telephone this 11th day of July, 2025.

Date: 7/11/25

_____
Judge's signature

City and state: Amarillo, TX

Lee Ann Reno, U.S. Magistrate Judge
*Printed name and title*

No. 2:25-MJ-106

## AFFIDAVIT IN SUPPORT OF COMPLAINT

### Affiant's Background and Experience

I am a Special Agent ("SA") with the Federal Bureau of Investigation ("FBI") and have been so employed since September 2019. I have received training at the FBI Academy in Quantico, Virginia including training on criminal procedure, search and seizure, violent crimes, and gang organizations. As part of my regular duties, I was assigned to Counterterrorism matters on the Amarillo Residence Agency squad in the Dallas Division. I investigate violations of federal law to include communication of threats, firearms violations, and Weapons of Mass Destruction. Before being assigned to the Amarillo Residence Agency, I was assigned to a Violent Crimes/Major Offenders ("VCMO") and Gang/Criminal Enterprise squad in the San Francisco Division. Prior to my employment as an FBI special agent, I worked as a local police officer, during which time I investigated robberies, assaults and fraud, among other crimes.

I am an "investigative or law enforcement officer of the United States" within the meaning of Section 2510(7) of Title 18, United States Code, that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Title 18, United States Code, Section 2516.

The information contained in this affidavit is based upon my personal experience and information relayed to me by other law enforcement officers involved in this investigation. Because this affidavit is submitted for the limited purpose of establishing

Affidavit in Support of Complaint – Page 1

probable cause to believe a crime has been committed and that the defendant committed it, I have not included every fact known to me in this affidavit.

## Title 18, United States Code, Section 844(i)

Title 18, United States Code, Section 844(i) makes it a crime for anyone maliciously to damage or destroy, or attempt to damage or destroy by means of fire or an explosive any building, vehicle, or real or personal property used in interstate or foreign commerce or used in any activity affecting interstate or foreign commerce. There are three elements to this offense.[1]

*First*: That the defendant maliciously damaged or destroyed or attempted to damage or destroy, real or personal property;

*Second*: That the defendant did so, or attempted to do so, by means of fire or an explosive; and

*Third*: That at the time of the fire or explosion, or the defendant's attempted fire or explosion, was used in interstate or foreign commerce or was used in an activity affecting interstate or foreign commerce.

Maliciously means that the defendant acted either intentionally or with willful disregard of the likelihood that damage will result, and not mistakenly or carelessly. The defendant need not have intended to injure or kill anyone.

The term "explosive" means gunpowders, powders used for blasting, all forms of high explosives, blasting materials, fuzes (other than electric circuit

---

[1] Fifth Circuit Pattern Jury Instruction 2.37B (2024 ed.)

Affidavit in Support of Complaint – Page 2

breakers), detonators, and other detonating agents, smokeless powders, other explosive or incendiary devices within the meaning of paragraph (5) of section 232 of this title, and any chemical compounds, mechanical mixture, or device that contains any oxidizing and combustible units, or other ingredients, in such proportions, quantities, or packing that ignition by fire, by friction, by concussion, by percussion, or by detonation of the compound, mixture, or device or any part thereof may cause an explosion.

The term "explosive or incendiary device", as defined in 18 U.S.C. § 232(5) means (A) dynamite and all other forms of high explosives, (B) any explosive bomb, grenade, missile, or similar device, and (C) any incendiary bomb or grenade, fire bomb, or similar device, including any device which (i) consists of or includes a breakable container including a flammable liquid or compound, and a wick composed of any material which, when ignited, is capable of igniting such flammable liquid or compound, and (ii) can be carried or thrown by one individual acting alone.

A piece of property is "used in an activity affecting interstate or foreign commerce" if the property is actively employed for a commercial purpose, and that active employment has an effect on interstate or foreign commerce. A piece of property is not used in an activity affecting interstate or foreign commerce if the property merely has a passive, passing, or past connection to commerce. The defendant need not have been aware that the property was used in an activity affecting interstate or foreign commerce for you to find him or her guilty.

Affidavit in Support of Complaint – Page 3

Business-related property, as opposed to residential property, is considered as being used in or affecting interstate commerce if, at the time it was damaged or destroyed, it was actively used for some commercial purpose. Even if the property was vacant at the time it was destroyed, it may still be used in or affecting interstate commerce if the owner was actively seeking to rent or similarly use the property.

Property used for residential purposes may also be considered as being used in or affecting interstate commerce in some circumstances. Rental property is included as property affecting interstate commerce. Even if the property was vacant at the time it was destroyed, it may still be property affecting interstate commerce if you find that the owner did not intend to remove it from the rental market. However, a privately-owned, owner-occupied residence not used for any commercial purpose does not satisfy this element.

## Facts Establishing Probable Cause

**Background**



Affidavit in Support of Complaint – Page 4



On March 17, 2025, APD was dispatched to Hunt's residence. When officers arrived, Hunt's mother was crying and relayed to the officers she felt her son wanted to harm her because of the damage Hunt inflicted on some of his

Affidavit in Support of Complaint – Page 5

property. Hunt's mother and father gave officers consent to search Hunt's room. The officers found "go-bags" in the closet, along with military style jackets with combat boots. A journal that had notes dated from July 2024 stated Hunt was having bad thoughts again. The note had a strange drawing at the bottom of a stick figure with something towards the face and the head was tilted back.

On April 8, 2025, the Federal Bureau of Investigation received a notice there had been a National Instant Criminal Background Check System (NICS) alert advising Hunt had arranged to purchase an AR-15 rifle from a local gun retailer in Amarillo, Texas. An employee at that gun retailer advised that Hunt had agreed to purchase the AR-15 for $1,000.00 and Hunt had added a red dot sight and a pistol grip handle to the order. The employee advised that Hunt paid for the rifle and accessories in cash. Hunt had departed the retailer without the items, as a mandatory two-week waiting period was required. Ultimately, Hunt was denied the purchase via NICS. Hunt never returned to the retailer to collect his money.

On April 23, 2025, an employee at that same gun retailer advised that Hunt tried to purchase six AR-15 magazines. The business denied Hunt from purchasing the AR-15 magazines. Several days later, on May 2, 2025, Hunt was seen on surveillance camera purchasing a AR-15 thirty round magazine at another firearms retailer in Amarillo, Texas.

In June 2025, DPS CID obtained Hunt's Discord chat logs via search warrant. The content was from January 1, 2025, to May 23, 2025. Hunt's username

was 'thefinalfrontuservein#0'. The following are excerpts of the Discord conversations Hunt sent and received:

- A conversation on 03/23/2025 between 'thefinalfrontuservein#0' and a subject with username 'bosqueoscura#0':

    **bosqueoscura#0**: "something I found funny recently was that in my English class we had to write about OKC and they were talking about timothy and I remembered the portrait I drew of him"

    **thefinalfrontuservein#0**: "timothy rocks.."

    **thefinalfrontuservein#0**: "i like , the individuals who are good at using plosives"

    **bosqueoscura#0**: "rather see that than another copycat shooter"

    **thefinalfrontuservein#0**: "we bring the boom"

- A conversation on 04/01/2025 between 'thefinalfrontuservein#0' and a subject with username 'bosqueoscura#0':

    **thefinalfrontuservein#0**: "he would have been cooler if his little shitty forest pipe bombs worked better"

    **thefinalfrontuservein#0:** "even i know how to make effective ones"

- A conversation on 05/09/2025 between 'thefinalfrontuservein#0' and a subject with username 'hvntergatherer#0':

    **thefinalfrontuservein#0**: "an ar and the shotty i have are really cumbersome"

    **thefinalfrontuservein#0**: "ill let you in on a hint"

Affidavit in Support of Complaint – Page 7

**thefinalfrontuservein#0**: "i went all the way to the back of my house, when they light up it means it recieved transmission"

**thefinalfrontuservein#0**: "pretty reliable for chinese stuff"

**thefinalfrontuservein#0**: "radio transmission thru several walls and piping and shit like that"

**thefinalfrontuservein#0**: "astounded by the fact i even have what i have rn"

**thefinalfrontuservein#0**: "gonna be a hsitstorm bro"

**hvntergatherer#0**: "im hyped for it dude"

**thefinalfrontuservein#0**: "idrc about dying either its just what it is"

**thefinalfrontuservein#0**: "killing people isnt a problem because theyll all be forgiven"

**thefinalfrontuservein#0**: "no chance to redeem yourself = youre not at fault"

**thefinalfrontuservein#0**: "wrongful death = pity taken = heaven"

On July 1, 2025, they City of Canyon, Texas released its Fourth of July parade route on social media. Soon after the route was released, Hunt was surveilled traveling the same path the parade was scheduled to take. Hunt was surveilled at the Paul Lindsey Park, located at 1501 28th Street, Canyon, Texas. Hunt proceeded to walk and/or drive the entire parade route and took numerous photographs of the area of the parade route. A map of the scheduled Fourth of July activities in Canyon is below:

Affidavit in Support of Complaint – Page 8



## Search Warrant of HUNT's House

On July 2, 2025, DPS executed a search warrant at Hunt's address, 1406 8th Street, Canyon, Texas 79015, where he lived alone. During the search, the following evidence was found:

- A clear plastic jar containing small bb's from shotgun shells, and green flakes suspected to be smokeless powder;

- Electric matches;

- A remote pyrotechnic firing system consisting of one transmitter and three receivers (one receiver contained batteries);

- An opened clear plastic bag with white powder that tested positive for the chemical Hexamine and was labeled "Hexamine";

Affidavit in Support of Complaint – Page 9

- An opened blue bag that tested positive for the chemical Citric Acid and was so marked;

- A gallon bottle of hydrogen peroxide, 17% concentrated;

- A bag that tested positive for sodium bicarbonate;

- Multiple glass beakers;

- A kitchen pot with residue;

- A grey coffee cup with residue.

APD bomb technicians performed field testing on the above substances and confirmed the chemicals. The chemicals found are precursor chemicals used in the manufacturing of homemade explosives (HME). Additionally, the residue found in the pot and coffee mug were field tested and the results came back as a mixture of Hexamethylene Triperoxide Diamine (HMTD) and ionomer. Further testing of a white substance recovered from the desk in Hunt's living room also field-tested positive for HMTD. HMTD is a well-known, primary high explosive and homemade explosive that that can be used to initiate other explosions and will explode itself. The chemical precursors for HMTD are Hexamine, Citric Acid, and Hydrogen Peroxide. HMTD is listed on the 2025 ATF Federal List of Explosives Materials as published on June 13, 2025 in the Federal Register.

Hunt was taken into custody that day and committed to a mental health institution. After his arrest, Hunt left a voicemail on his mother's telephone. He talked about DPS arresting him and searching his property and stated: "they're

likely going to find something they deem illegal and they're going to arrest me for that." Hunt later said, "You are probably never going to see me again in a context where I am a free man. I've said some pretty horrible, egregious stuff, some of it pretty unforgivable, much similar to the last time. And there's a lot more concern to back up those claims."

**Interview of Kevin Hunt**

On July 9, 2025, Hunt was interviewed regarding the above information. The affiant read Hunt his *Miranda* rights and Hunt agreed to speak to the affiant. Hunt admitted that he had been in the Paul Lindsey Park on July 1, 2025. When asked about the chemicals found at his residence, Hunt stated: "The chemicals indeed were to make an explosive compound," and "[t]hey were for an explosive device."

During the interview, Hunt was asked about the transmitters, specifically the one transmitter with batteries inside it. Hunt stated, "I had tested it out. To see if it could, like, go through… Like if it could, it could go a long way." This statement about testing the transmitter directly related to the Discord messages between Hunt's account, 'thefinalfrontuservein#0', and a subject with username 'hvntergatherer#0' when they discussed transmitters being able to go through walls.

**Interstate or Foreign Commerce**

The Canyon (Texas) Fourth of July Parade was on July 4, 2025, from 10:00 a.m. to 12:00 p.m. The parade started at the First United Bank Center, 3301 4th Avenue, Canyon, and continued down 4th Avenue to approximately 11th Street.

Affidavit in Support of Complaint – Page 11

There were several items of real and personal property along the parade route that were used in interstate or foreign commerce or in an activity affecting interstate or foreign commerce. To begin with, the First United Bank Center hosts college basketball games for West Texas A&M, an NCAA Division II college. Some of these basketball games involve other colleges outside of the State of Texas and fans travel from outside the State of Texas to the games. The First United Bank Center also hosts commencements, concerts, summer camps, career fairs, social events, and other activities. Accordingly, it is real property that is used in interstate or foreign commerce or in an activity affecting interstate or foreign commerce.

In addition to the First United Bank Center, there were several businesses along the parade route that were used in interstate or foreign commerce or in an activity affecting interstate or foreign. For example, Hampton Inn and Suites Canyon, Holiday Inn Express Canyon, Best Western Palo Duro Canyon, several properties owned by West Texas A&M, Toot n Totum convenience store, Wells Fargo Bank, Happy State Bank, Palo Duro Animal Hospital, First Methodist Church, First Baptist Church, Germania Insurance, Edward Jones, the United States Postal Service, Wellington State Bank, and a number of small businesses. Accordingly, there were numerous pieces of real property along the parade route that were used in interstate or foreign commerce or in an activity affecting interstate or foreign commerce. If Hunt had successfully detonated an improvised explosive device at any point along the parade route then I have probable cause to believe it would have damaged or destroyed real property that was used in

interstate or foreign commerce or in an activity affecting interstate or foreign commerce.

Next, there were several vehicles in the parade that were used in interstate or foreign commerce or were used in an activity affecting interstate or foreign commerce. I know that most people use their vehicles to travel in interstate commerce, whether for business or leisure purposes. Further, while some vehicles are assembled in Texas, many of the components are manufactured outside the state of Texas and move in interstate and foreign commerce to be assembled in Texas.

Paul Lindsey Park, 1501 28th Street, Canyon, Texas, was where people could later congregate to watch a fireworks show. Within the park, there are baseball fields that the City of Canyon, Texas makes available to rent for public use. The rental rates are posted publicly online as follows: baseball game field rental for $20.00 per game, baseball practice rental (1.5 hours) for $15.00 per use, and night practice rental with lights (1.5 hours) $25.00 per use. These fees are collected by the City of Canyon and are then deposited into banking accounts that move money in the national banking system, moving in or affecting interstate commerce. These fields are actively used as part of a business enterprise by the City of Canyon, Texas, and are available to rent from the City of Canyon in exchange for United States currency.

## Conclusion

Over the course of this investigation investigators determined Hunt possessed the necessary precursors to synthesize HMTD in his residence and located substances that

Affidavit in Support of Complaint – Page 13

field-tested positive for HMTD inside his residence. When asked about the chemicals, Hunt admitted that they were to make an explosive compound. Based on Hunt's actions, I have probable cause to believe that Hunt attempted to make an improvised explosive device containing HMTD and detonate that device at the Canyon 4th of July parade or Paul Lindsey Park.

Based on my training, education, and experience, and the information provided to me, I believe that Kevin Alexander Hunt violated Title 18, United State Code, Section 844(i), by attempting to damage or destroy by means of fire or an explosive any building, vehicle, or real or personal property used in interstate or foreign commerce or used in any activity affecting interstate or foreign commerce.

*L. Reed*
Special Agent Lynn Reed
Federal Bureau of Investigation

Pursuant to Federal Rules of Criminal Procedure 4.1 and 41(d)(3), the undersigned judicial officer has on this date considered the information communicated by reliable electronic means in considering whether a complaint, warrant, or summons will issue. In doing so, I have placed the affiant under oath, and the affiant has confirmed that the signatures on the complaint, warrant, or summons and affidavit are those of the affiant, that the document received by me is a correct and complete copy of the document submitted by the affiant, and that the information contained in the complaint, warrant, or summons and affidavit is true and correct to the best of the affiant's knowledge.

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on July 11th, 2025.

*Lee Ann Reno*
LEE ANN RENO
UNITED STATES MAGISTRATE JUDGE

Affidavit in Support of Complaint – Page 14