IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No._____ |
| KEVIN ALEXANDER HUNT | 2-25CR0095-Z |

FILED - USDC - NDTX - LU
SEP 10 2025 PM 12:53

## INDICTMENT

The Grand Jury Charges:

### Count One
### Attempted Use of a Weapon of Mass Destruction
### (Violation of 18 U.S.C. § 2332a(a)(2)(A) & (D))

From on our about a date unknown to the grand jury, and continuing through on or about July 2, 2025, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Kevin Alexander Hunt**, the defendant, did knowingly attempt to use a weapon of mass destruction, specifically, a destructive device, as defined in Title 18, United States Code, Section 921, against persons and property within the United States, and the mail and a facility of interstate and foreign commerce was used in furtherance of the offense, and the offense and the results of the offense would have affected interstate and foreign commerce.

In violation of Title 18, United States Code, Section 2332a(a)(2)(A) and (D).

<u>Forfeiture Notice</u>
(18 U.S.C. § 981(a)(1), 28 U.S.C. § 2461(c))

Upon conviction of the offense alleged in this indictment and pursuant to 18 U.S.C. § 981(a)(1) and 28 U.S.C. § 2461(c), defendant **Kevin Alexander Hunt** shall forfeit to the United States of America any property, real or personal, which constitutes or is derived from proceeds traceable to the violation as well as all assets derived from, involved in, or used or intended to be used to commit the violation.

A TRUE BILL:

_____
FOREPERSON

NANCY E. LARSON
ACTING UNITED STATES ATTORNEY

_____
JOSHUA FRAUSTO
Assistant United States Attorney
Attorney-in-Charge
Texas State Bar No. 24074228
500 South Taylor Street, Suite 300
Amarillo, Texas 79101-2446
Telephone:   806-324-2356
Facsimile:    806-324-2399
E-mail:         joshua.frausto@usdoj.gov

Kevin Alexander Hunt
Indictment — Page 2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

THE UNITED STATES OF AMERICA

v.

KEVIN ALEXANDER HUNT

INDICTMENT

COUNT 1: Attempted Use of a Weapon of Mass Destruction
Title 18, United States Code, Section 2332a(a)(2)(A) & (D).

FORFEITURE NOTICE
(1 COUNT)

A true bill rendered:
Lubbock                              _Heather Thrasher_      Foreperson

Filed in open court this ___10th___ day of __September__, A.D. 2025.

_____ Clerk

ARREST WARRANT TO ISSUE
(Complaint filed 7/11/2025 – 2:25-MJ-106)

_____Amy Burch_____
UNITED STATES MAGISTRATE JUDGE