UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | No. 2:25-CR-095-Z |
| § | |
| KEVIN ALEXANDER HUNT § | |

**MOTION FOR EXAMINATION OF COMPETENCY TO STAND TRIAL
AND SANITY AT TIME ALLEGED OFFENSE COMMITTED**

Kevin Alexander Hunt ("Hunt"), the above-named defendant, by and through his attorney, CJ McElroy, Assistant Federal Public Defender, files this motion pursuant to Title 18, United States Code §§ 4241(a), 4242(a), and 4247(d), for entry of an order providing that Hunt be examined at a United States Medical Center for Federal Prisoners to determine whether he is competent to stand trial, and whether or not he was legally insane at the time of commission of the alleged offense, and in support of said motion, respectfully shows the Court as follows:

**I.**

Undersigned counsel was appointed to represent Hunt on July 18, 2025, and after several meetings with Hunt, counsel is concerned about his mental health. As a result of the attorney-client conferences, it is the opinion of counsel that Hunt is presently suffering from a mental disorder or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. Undersigned counsel further questions the legal sanity of Hunt at the time the alleged offense was committed. Accordingly, counsel has also filed a Notice of Insanity defense in this cause.

**II.**

For these reasons, and to fully comply with her legal and ethical duties in providing representation to Hunt, undersigned counsel respectfully requests that this Court enter an order

directing that Hunt be examined at a United States Medical Center for Federal Prisoners to determine whether he is competent to stand trial and to further determine whether or not Hunt was legally insane at the time of the commission of the alleged offense.

          Respectfully submitted,

          JASON D. HAWKINS
          Federal Public Defender
          Northern District of Texas

          /s/ *C.J. McElroy*
          C.J. MCELROY
          Assistant Federal Public Defender
          Northern District of Texas
          Texas Bar No. 13581995
          500 South Taylor St., Suite 110
          Amarillo, Texas 79101
          Tel: (806) 324-2370
          Fax: (806) 324-2372

## **CERTIFICATE OF CONFERENCE**

      I certify that I conferred with AUSA Joshua Frausto and confirmed that the government is not opposed to this request.

          /s/ *C.J. McElroy*
          C.J. MCELROY

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 16, 2025, I electronically filed the foregoing document using the Court's CM/ECF system, thereby providing service on attorneys of record.

          /s/ *C.J. McElroy*
          C.J. MCELROY