UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | No. 2:25-CR-095-Z |
| § | |
| KEVIN ALEXANDER HUNT § | |

### MOTION FOR CONTINUANCE

Defendant Kevin Alexander Hunt ("Hunt") by and through counsel, files this Motion to Continue the Competency hearing in the above-entitled and numbered cause and in support thereof, respectfully shows the Court as follows:

**I.**

Undersigned Counsel filed a Motion for Examination of Competency to Stand Trial and Sanity at Time Alleged Offense Committed on September 16, 2025. The Court granted the Motion for Examination of Competency on September 19, 2025, and Defendant was transported to the designated hospital facility for evaluation. The psychological evaluation was completed, and the report was filed with the Court on December 8, 2025.

**II.**

The Court has scheduled the Competency hearing for today, December 22, 2025, at 2:00 p.m. Counsel has not had an opportunity to review the evaluation with Hunt and discuss the finding and potential position to be taken at the competency hearing.

Additionally, defense counsel learned that defendant returned from the evaluation process this morning, further limiting counsel's ability to prepare adequately for today's hearing.

Furthermore, Counsel of record is currently on approved vacation leave and is not scheduled to return until December 29, 2025.

### III.

Counsel is requesting time to review the report with the Defendant, to discuss the implications of the report, and to prepare, with the Government, the appropriate manner to proceed with the hearing regarding competency.

Proceeding with the competency hearing at this time would prejudice the Hunt's right to effective assistance of counsel and would not serve the interest of justice.

For these reasons, Hunt respectfully requests that the Court continue the Competency Hearing in this case for 10 days in order that counsel may complete all tasks necessary to afford counsel the ability to effective represent the defendant at this hearing.

Respectfully submitted,

JASON D. HAWKINS
Federal Public Defender
Northern District of Texas

/s/ C.J. McElroy
C.J. MCELROY
Assistant Federal Public Defender
Texas Bar No. 13581995
600 South Tyler St., Suite 2300
Amarillo, Texas 79101
Tel: (806) 324-2370
Fax: (806) 324-2372

**CERTIFICATE OF CONFERENCE**

I certify that I conferred with AUSA Joshua Frausto and confirmed that the government is not opposed to this request.

/s/ C.J. McElroy
C.J. MCELROY

## CERTIFICATE OF SERVICE

      I hereby certify that on December 22, 2025, I electronically filed the foregoing document using the Court's CM/ECF system, thereby providing service on attorneys of record.

                                           /s/ *C.J. McElroy*
                                           C.J. MCELROY