IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>     Plaintiff,<br><br>v.<br><br>KEVIN ALEXANDER HUNT<br><br>     Defendant. | 2:25-CR-095-Z-BR-(1) |

# ORDER

Before the Court is Defendant's Motion for Continuance ("Motion"), filed December 22, 2025. ECF No. 29. The Government is unopposed. *See id.* at 2.

The Court **GRANTS** the Motion. The competency hearing in this case is continued to **January 16, 2026 at 10:00 a.m. (CST)**.

**SO ORDERED**.

December 23, 2025.

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE