IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

UNITED STATES OF AMERICA

v.                                                          NO. 2:25-CR-095-Z

KEVIN ALEXANDER HUNT

## FACTUAL RESUME

In support of Kevin Alexander Hunt's plea of guilty to the offense in Count One of the Indictment, Hunt, the defendant, CJ McElroy, the defendant's attorney, and the United States of America (the government) stipulate and agree to the following:

## ELEMENTS OF THE OFFENSE

To prove the offense alleged in Count One of the Indictment, charging a violation of 18 U.S.C. § 2332a(a)(2)(A) & (D), that is, Attempted Use of a Weapon of Mass Destruction, the government must prove each of the following elements beyond a reasonable doubt:[1]

*First*: That the defendant attempted to use a weapon of mass destruction;

*Second:* That the defendant knowingly did so against any person or property within the United States; and

*Third*: That the mail or any facility of interstate or foreign commerce was used in furtherance of the offense, or the results of the offense, if it had succeeded, would have affected interstate or foreign commerce.

In order to find that the Defendant attempted to use a weapon of mass destruction, you must find that the Defendant both intended to commit the act and did an act constituting a substantial step towards the commission of that crime which strongly

---

[1] Pattern Crim. Jury Instr. 11th Cir. OI O90 (2025) (modified in accordance with *United States v. Wise*, 221 F.3d 140, 150 (5th Cir. 2000), which held that "without lawful authority" is not an element of the offense but an affirmative defense); *United States v. Aldawsari*, 740 F.3d 1015, 1019 (5th Cir. 2014).

Kevin Alexander Hunt
Factual Resume—Page 1

corroborates the Defendant's criminal intent and amounts to more than mere preparation. The term "weapon of mass destruction" includes a destructive device, which is:
(A) any explosive, incendiary, or poison gas:
    (1) bomb;
    (2) grenade;
    (3) rocket having a propellant charge of more than four ounces;
    (4) missile having an explosive or incendiary charge of more than one-quarter ounce;
    (5) mine; or
    (6) similar device, or any type of weapon which will, or may be readily converted to, expel a projectile by the action of an explosive or other propellant, and which has any barrel with a bore of more than one-half inch in diameter; and any combination of parts intended for use in converting any device into any destructive device and from which a destructive device may be readily assembled.

A "bomb" is a device that contains an explosive, incendiary, or other lethal agent, typically used to destroy, damage, injure, or kill. It can be planted, thrown, dropped from an aircraft, or projected by other means.

## STIPULATED FACTS

1.    Kevin Alexander Hunt admits that from on our about a date unknown to the grand jury, and continuing through on or about July 2, 2025, in the Amarillo Division of the Northern District of Texas, and elsewhere, he did knowingly attempt to use a weapon of mass destruction, specifically, a destructive device, as defined in Title 18, United States Code, Section 921, against persons or property within the United States, and the mail or a facility of interstate or foreign commerce was used in furtherance of the offense, or the offense or the results of the offense would have affected interstate or foreign commerce. In violation of Title 18, United States Code, Section 2332a(a)(2)(A) and (D).

2.    In June 2025, the Texas Department of Public Safety – Criminal Investigations Division (DPS CID) obtained the contents of Kevin Alexander Hunt's Discord chat logs through a search warrant. The content was from January 1, 2025, to

Kevin Alexander Hunt
Factual Resume—Page 2

May 23, 2025. Several of the chats indicated that Hunt was attempting to use a weapon

of mass destruction to commit a bombing attack. For example:

A conversation on March 23, 2025, between Hunt and another Discord user:

> **[redacted]**: "something I found funny recently was that in my English class we had to write about OKC and they were talking about timothy and I remembered the portrait I drew of him"
> **thefinalfrontuservein#0**: [Hunt] "timothy rocks.."
> **thefinalfrontuservein#0**: [Hunt] "i like , the individuals who are good at using plosives"
> **[redacted]**: "rather see that than another copycat shooter"
> **thefinalfrontuservein#0**: [Hunt] "we bring the boom"

This conversation likely referred to Timothy McVeigh, person who detonated a

bomb at the Alfred P. Murrah Federal Building in Oklahoma City, Oklahoma, killing 168

people and injuring 684 people.

A conversation on April 1, 2025, between Hunt and another Discord user:
> **thefinalfrontuservein#0**: [Hunt] "he would have been cooler if his little shitty forest pipe bombs worked better"
> **thefinalfrontuservein#0**: [Hunt] "even i know how to make effective ones"

A conversation on May 9, 2025, between Hunt and another Discord user:
> **thefinalfrontuservein#0**: [Hunt] "an ar and the shotty i have are really cumbersome"
> **thefinalfrontuservein#0**: [Hunt] "ill let you in on a hint"
> **thefinalfrontuservein#0**: [Hunt] "i went all the way to the back of my house, when they light up it means it received transmission"
> **thefinalfrontuservein#0**: [Hunt] "pretty reliable for chinese stuff"
> **thefinalfrontuservein#0**: [Hunt] "radio transmission thru several walls and piping and shit like that"
> **thefinalfrontuservein#0**: [Hunt] "astounded by the fact i even have what i have rn"
> **thefinalfrontuservein#0**: [Hunt] "gonna be a hsitstorm bro"
> **[redacted]**: "im hyped for it dude"
> **thefinalfrontuservein#0**: [Hunt] "idrc about dying either its just what it is"
> **thefinalfrontuservein#0**: [Hunt] "killing people isnt a problem because theyll all be forgiven"
> **thefinalfrontuservein#0**: [Hunt] "no chance to redeem yourself = youre not

at fault"
**thefinalfrontuservein#0**: [Hunt] "wrongful death = pity taken = heaven"

This conversation likely referred to the remote pyrotechnic firing system that Hunt

had purchased and was later found at his residence.

A conversation between Hunt and another Discord user:
**trenchfootswampstep#0**: [Hunt] jokkkeeesss all around
**trenchfootswampstep#0**: [Hunt] im joking btw for the feds who are watching me
**trenchfootswampstep#0**: [Hunt] the whole 9 yards
**trenchfootswampstep#0**: [Hunt] and ill make ieds n shit
**trenchfootswampstep#0**: [Hunt] not like camera shit
**trenchfootswampstep#0**: [Hunt] like gopro quality
**trenchfootswampstep#0**: [Hunt] and stream it good
**trenchfootswampstep#0**: [Hunt] if I do ill stream it
[redacted]: I don't want anyone joking about you
[redacted]: get as many as you can if you do please
**trenchfootswampstep#0**: [Hunt] last good one was Tarrant
**trenchfootswampstep#0**: [Hunt] so fucking gay dude
**trenchfootswampstep#0**: [Hunt] shooting shit
**trenchfootswampstep#0**: [Hunt] sounds so gat to do now
**trenchfootswampstep#0**: [Hunt] idk.
**trenchfootswampstep#0**: [Hunt] maybe I take some down with me
**trenchfootswampstep#0**: [Hunt] maybe ill do it myself and get it over with
[redacted]: I wont forget about you bud
**trenchfootswampstep#0**: [Hunt] maybe I have years left maybe I have months maybe tomorrow I get run over
**trenchfootswampstep#0**: [Hunt] I know im not meant to be here long
**trenchfootswampstep#0**: [Hunt] it doesn't bother me anymore.

Hunt's reference to the last good one being "Tarrant" likely referred to Brenton

Tarrant, who on March 15, 2019, murdered 51 people at two mosques in Christchurch,

New Zealand.

3.    On July 1, 2025, the City of Canyon, Texas, released its Fourth of July

parade route on social media.  Soon after the route was released, Hunt was surveilled

traveling the same path the parade was scheduled to take.  Hunt was surveilled at Paul

Kevin Alexander Hunt
Factual Resume—Page 4

Lindsey Park at 1501 28th Street, Canyon, Texas. Hunt proceeded to walk or drive the entire parade route and took numerous photographs of the area of the parade route. A map of the scheduled Fourth of July activities in Canyon is below:



4.     On July 2, 2025, DPS executed a search warrant for Hunt's residence, 1406 8th Street, Canyon, Texas 79015. During the search, the following evidence was found:

- A clear plastic jar containing small bb's from shotgun shells, and green flakes suspected to be smokeless powder;
- Electric matches;
- A remote pyrotechnic firing system consisting of one transmitter and three receivers (one receiver contained batteries);
- An opened clear plastic bag with white powder that tested positive for the chemical Hexamine and was labeled "Hexamine";
- An opened blue bag that tested positive for the chemical Citric Acid and was so marked;
- A gallon bottle of hydrogen peroxide, 17% concentrated;
- A bag that tested positive for sodium bicarbonate;
- Multiple glass beakers;
- A kitchen pot with residue;
- A grey coffee cup with residue; and

Kevin Alexander Hunt
Factual Resume—Page 5

- Multiple firearms and ammunition.

Below are some of the photographs from the search:









Kevin Alexander Hunt
Factual Resume—Page 7









Kevin Alexander Hunt
Factual Resume—Page 9







5.    Amarillo Police Department (APD) bomb technicians performed field testing on the above substances and confirmed the chemicals. The chemicals found are precursor chemicals used in the manufacturing of homemade explosives (HME). Additionally, the residue found in the pot and coffee mug were field tested and the results came back as a mixture of Hexamethylene Triperoxide Diamine (HMTD) and ionomer. Further testing of a white substance recovered from the desk in Hunt's living room also field-tested positive for HMTD. HMTD is a well-known, primary high explosive and homemade explosive that that can be used to initiate other explosions and will explode itself. The chemical precursors for HMTD are Hexamine, Citric Acid, and Hydrogen Peroxide. HMTD is listed on the 2025 ATF Federal List of Explosives Materials list as published on June 13, 2025, in the Federal Register.

Kevin Alexander Hunt
Factual Resume—Page 11

6. Subsequent examination by the Federal Bureau of Investigation (FBI) Laboratory confirmed that six of the eleven samples taken from Hunt's residence "contained the improvised primary explosive hexamethylene triperoxide diamine (HMTD)."

7. In addition to the above-listed items, law enforcement officers seized multiple electronic devices inside Hunt's residence.

8. Hunt was taken into custody that day and committed to a mental health institution. After his arrest, Hunt left a voicemail on his mother's telephone. He talked about DPS arresting him and searching his property. Hunt stated: "they're likely going to find something they deem illegal and they're going to arrest me for that." Hunt later said, "You are probably never going to see me again in a context where I am a free man. I've said some pretty horrible, egregious stuff, some of it pretty unforgivable, much similar to the last time. And there's a lot more concern to back up those claims."

9. On July 9, 2025, Hunt was *Mirandized* and interviewed in the presence of his attorney in the civil mental health commitment case. During the interview, Hunt stated he had thoughts of killing himself and killing others daily. Hunt admitted that he had been in Paul Lindsey Park on July 1, 2025. When asked about the chemicals found at his residence, Hunt stated: "The chemicals indeed were to make an explosive compound," and "They were for an explosive device."

10. During the interview, Hunt was asked about the remote pyrotechnic firing system, specifically the one transmitter with batteries inside it. Hunt stated, "I had tested it out. To see if it could, like, go through… Like if it could, it could go a long way."

Kevin Alexander Hunt
Factual Resume—Page 12

This statement about testing the transmitter was consistent with the Discord messages between Hunt and another Discord user when they discussed transmitters being able to go through walls.

11.    A review of Hunt's computer tower was conducted.  Hunt had a folder in his computer labeled "fun stuff".  Inside the folder were photos of Paul Lindsey Park in Canyon, Texas.  The photos were dated July 1, 2025.  Also found in the same "fun stuff" folder were some notes written by Hunt.  One of the documents, titled "READMEFIRST", had been created on May 13, 2025, and was last accessed or edited on June 21, 2025.  The document stated (highlighting added):

> "hi. There's no manifesto here. I'll give you the rub as to my beliefs for a
> TLDR/W
> i dont like technology all that much, nor do i really like capitalism (but i dont view
> 13urvei as the alternative because its a trite ideology worshipped
> by people who 13urvei really all that smart in my eyes)
> (most of my political inspirations come from eastern brands of socialism like
> 13urvei or jucheism but its more of a mismash of all that stuff, this isn't
> a politically motivated thing mainly so it hardly matters)
> i am very religious (taking inspiration from tibbetan 13urveill with a lot of my
> beliefs but i am a Christian)
> i am not killing people out of hate, death is the end of all suffering and those who
> are killed unjustly are not to be judged because they had no chance
> to repent and therefore are not compliant with their sin
> i do unironically believe there is some sort of mass 13urveillance going on
> regarding me with fbi involvement but am astounded by the fact i have even
> acquired firearms seeing as i am supposedly an individual who isn't allowed to
> own them
> i am NOT affiliated with any gay accelerationist larp groups, those are dum
> basically the existence of suffering and pain are only more evidence that God
> exists and He permits suffering to be done so that those who suffer can enjoy
> the eternal life by His side in Heaven. Blah blah blah

Kevin Alexander Hunt
Factual Resume—Page 13

anyways im sure you probably don't really care and are looking for some easy way to pin this on a website or some shitty /pol/tard ideology

so yeah something something the sharty made me do it and /qa/ won and also incelcore made me

do it because it all promotes violence o algo

im fr*aking sinister or something of the sort, who gives a shit anymore."

Several pieces of artwork created by Hunt were also found on the computer. Once piece was a black and white photo of Hunt holding a gun to his head. The text typed on the photos is as follows (highlighting added):

"my attraction to violence, and violent people, has always troubled me. For me, im sure its because I related to a lot of the people who do the things they do. Its off to admit it. I don't idolize them in any way, because I know they're losers. The thing is, though, is that I am just as big a loser if not worse than most of them. Ive always been so attracted to the idea of school violence. It was those PSA's they show up when I was young, after sandy hook. "who would do such a thing? Why would they do it?" turn into "how many did they kill? What did they think?" and that turned into obsession. I guess im no different from all the other wannabes and copy cats, but I don't care. I had a lot of time to refine how I feel about these things, I was all alone and considering it was what defined my life for a while, I could revise some things. Especially in regards to my religious beliefs concerning violent acts. To me, an act of violence like that, if you are so convinced it is right, if you truly believe in what you say, is no different than a holy war. Like the missions of the Israelites long before us. It is to completely annihilate people who do not have the mandate to live on God's earth anymore. They are not bad people, though, they just lost favor. I don't hate them, either. Most of them probably never knew me, especially depending on when and where I do it. I am the bad guy in this scenario, at least according to the standards we live in. today that does not trouble me so much though. People will blame the feds, the jews, just about anything except for the possibility I just wanted o do this. Maybe, just maybe I am a similar person to you, maybe I experienced the same things as you and I have the same thoughts you did. Maybe, I wanted to act on my belief while you don't. or maybe, im another loser who wanted to die and wanted to take some scum out with them. It really just depends on how little you want to see me as human, like you are."

Kevin Alexander Hunt
Factual Resume—Page 14

12.    Other documents found on Hunt's computer included notes titled "chemistry supplies," listing items such as glass jars, coffee filters, thermometer, and materials for an ice bath. Another note titled "hmtd," gave detailed instructions on how to make HMTD. Similarly, "PETN instructions" gave instructions on how to make pentaerythritol tetranitrate (PETN), a highly potent explosive.

13.    A review of Hunt's browser history showed that on April 21, 2025, several websites were visited, to include search results for "hexamine for sale", and "Amazon.com: Milliard Citric Acid 5 Pound". On July 2, 2025, a search for "potassium Perchlorate" and "aluminum powder" were conducted on the computer. Also on Hunt's computer were photos of Seung-Hui Cho, the Virginia Tech shooter, and Elliot Rodger, another mass shooter.

14.    A search of the MacBook showed that Hunt made a Google search query for "chp compound" and "hmtp tutorial" on October 23, 2024, and "e matches" and "firework initiator" on March 19, 2025.

15.    A search of the cell phone revealed several photos taken in Hunt's residence that depicted a pot with ice in it, a scale, several coffee cups, and several chemicals that have been identified as hexamine, hydrogen peroxide, and citric acid, all of which were seized during the search of Hunt's residence. The photo was sent via Telegram to a juvenile female.

16.    When the female was later interviewed, she stated that Hunt had sent her the photo and told her it was a photograph of a mixture he had created, and he claimed it

was a chemical compound for an explosive. In the same Telegram message thread between Hunt and the juvenile female, she asked Hunt if someone had talked him out of "the plan", to which he responded, "something better could be in the works." Hunt then wrote her that she would know if he had done something.

17. At no time did Hunt have lawful authority to possess or use a weapon of mass destruction.

18. Hunt admits that he attempted to use a weapon of mass destruction. He further admits that he knowingly did so against any person or property within the United States. Hunt admits that he used a facility of interstate or foreign commerce, namely, the Internet, to further the offense. Specifically, Hunt admits that he conducted all the research needed to construct HMTD and a weapon of mass destruction using the Internet. He also used the Internet to purchase several of the components necessary to manufacture a weapon of mass destruction. For example, on April 21, 2025, Hunt used an online retailer to make two purchases: (1) a two-pound bag of Sodium Bicarbonate; and (2) a two-pound bag of citric acid. Both orders were shipped to Hunt's residence in Canyon, Texas. On April 23, 2025, Hunt made an online purchase of one pound of Hexamine from an entity located in Hayward, Minnesota.

19. The defendant agrees that the defendant committed all the essential elements of the offense. This factual resume is not intended to be a complete accounting of all the facts and events related to the offense charged in this case. The limited purpose of this statement of facts is to demonstrate that a factual basis exists to support the defendant's guilty plea to Count One of the Indictment.

Kevin Alexander Hunt
Factual Resume—Page 16

AGREED TO AND STIPULATED on this _____ 9ᵗʰ day of __ April _____, 2026.

RYAN RAYBOULD
UNITED STATES ATTORNEY

_____
KEVIN ALEXANDER HUNT
Defendant

_____
JEFFREY R. HAAG
Assistant United States Attorney
West Texas Branch Chief
Texas Bar No. 24027064
1205 Texas Avenue, Suite 700
Lubbock, Texas 79401
Tel:  806-472-7559
Fax:  806-472-7394
Email:  jeffrey.haag@usdoj.gov

_____
CJ MCELROY
Attorney for Defendant